JOSEPH T. GILBERT *v.* WARREN COOLEY *et al.*

Although a statutory foreclosure be irregular, and no bar to the equity of redemption, yet the purchaser at such sale succeeds to all the interest of the mortgagee.

Where complainant, after a statutory foreclosure of a mortgage, filed his bill in this Court to foreclose the same mortgage, alleging the statutory foreclosure to have been invalid, and obtained an injunction, it was dissolved on the ground that he had no longer any interest in the mortgage or mortgaged premises, and that the purchaser at the sale, or his grantees, should have filed the bill.

MOTION to dissolve injunction for want of equity in the bill, by complainant, as surviving partner of the firm of Fitch & Gilbert.

The bill was filed to foreclose a mortgage; and stated that no *valid* proceedings had been had to collect the same. That certain irregular and invalid proceedings had been taken in attempting to foreclose it under the statute, and that the premises had been under such proceedings advertised and sold to one Charles T. Gilbert, who had subsequently deeded to others. That the irregularity in the proceedings under the statutory foreclosure consisted in a mistake in the description of the premises, the word "North" being used, instead of "South," to designate the township wherein it was located. That defendants harassed and obstructed the present occupants, who were the grantees of Charles T. Gilbert, in the possession of the property, and threatened proceeding at law to evict them. Prayed a foreclosure and sale, and that defendants might be enjoined from committing waste, and proceeding at law, &c.

*E. Bradley*, in support of the motion.

*W. H. Brown*, contra.

Beach *v.* White.

THE CHANCELLOR.    It is not necessary on this motion to inquire into the validity of the statutory foreclosure. Conceding it to be irregular, and no bar to the equity of redemption, the sale and sheriff's deed transferred Fitch and Gilbert's interest in the mortgage to Charles T. Gilbert, the purchaser. *Jackson* v. *Bowen*, 7 *Cow. R.* 13. Whatever interest they had in the mortgage at the time of sale, he now has ; and he, either alone, or in connection with his subsequent grantees, should have filed the bill ; and not the complainant, who has no interest in the mortgage or mortgaged premises.    C. T. Gilbert is not a party.

Injunction dissolved, with $5 costs.